UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:14-cr-513-T-30EAJ

HENRY BLAIN HOWARD

## PRELIMINARY ORDER OF FORFEITURE

The defendant pleaded guilty to knowingly being a convicted felon in possession of certain firearms and ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1). The United States moves (Doc. 28), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order of forfeiture for the following assets:

a.  CBC, model 817, .17 caliber rifle;

b.  Remington Arms, model 770, .308 caliber rifle;

c.  35 rounds of Hornady .17 caliber ammunition;

d.  8 rounds of Lake City .308 caliber ammunition;

e.  2 rounds of Federal .308 caliber ammunition;

f.  one round of Winchester .308 caliber ammunition; and

g.  one round of Santa Barbara Systems .308 caliber ammunition.

The United States has established the required connection between the assets described above and the crime of conviction. Because the United States is entitled to forfeit the property, the motion (Doc. 28) is GRANTED. Pursuant to 18 U.S.C. § 924(d),

28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the firearms and ammunition described above are forfeited to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n). This order is a final order of forfeiture as to the defendant.

Jurisdiction is retained to enter any order required to effect the forfeiture and disposition of the property and to address any third-party claim.

DONE and ORDERED in Tampa, Florida, on May 28th, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cr-513 forfeit order.docx