UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:14-cr-513-T-30EAJ

HENRY BLAIN HOWARD

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

Pursuant to Rule 36, Federal Rules of Criminal Procedure, the United States moves for an amended preliminary order of forfeiture (Doc. 31) for the following firearms and ammunition:

a. CBC, model 817, .17 caliber rifle;

b. Remington Arms, model 770, .308 caliber rifle;

c. 39 rounds of Hornady .17 caliber ammunition;

d. 13 rounds of Lake City .308 caliber ammunition;

e. 2 rounds of Federal .308 caliber ammunition;

f. one round of Winchester .308 caliber ammunition; and

g. 3 rounds of Santa Barbara Systems .308 caliber ammunition.

The defendant pleaded guilty to knowingly being a convicted felon in possession of the firearms and ammunition described above, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1).

The United States has established the required connection between assets and the crime of conviction. Because the United States is entitled to forfeit the property, the motion (Doc. 31) is GRANTED. Pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the firearms and ammunition described above are forfeited to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n). This is a final order of forfeiture as to the defendant.

Jurisdiction is retained to enter any order required to effect the forfeiture and disposition of the property and to address any third-party claim.

DONE and ORDERED in Tampa, Florida, on June 9th , 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cr-513 amended forfeit 31.docx