UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:14-cr-513-T-30JSS

HENRY BLAIN HOWARD


## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final

Judgment of Forfeiture (Doc. 44), pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2)

of the Federal Rules of Criminal Procedure, for the following assets:

      a.      CBC, model 817, .17 caliber rifle;

      b.      Remington Arms, model 770, .308 caliber rifle;

      c.      39 rounds of Hornady .17 caliber ammunition;

      d.      13 rounds of Lake City .308 caliber ammunition;

      e.      2 rounds of Federal .308 caliber ammunition;

      f.      one round of Winchester .308 caliber ammunition; and

      g.      3 rounds of Santa Barbara Systems .308 caliber ammunition.

On June 9, 2015, the Court entered an Amended Preliminary Order of Forfeiture

for the assets described above, pursuant to 18 U.S.C. §§ 922(g)(1) and 924(e)(1).   Doc.

32.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C),

the United States published notice of the forfeiture and of its intent to dispose of the assets

on the official government website, www.forfeiture.gov, from June 10, 2015 through July

9, 2015.   Doc. 37.   The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.   No third party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 44) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 13th day of August, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cr-513 forfeit 44.docx

2