UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:14-cr-513-T-30JSS

HENRY BLAIN HOWARD

**ORDER PARTIALLY VACATING FINAL**
**JUDGMENT OF FORFEITURE (DOC. 45)**

The United States moves (Doc. 46) to vacate the Final Judgment of Forfeiture (Doc. 45) as to the following assets for failure to publish notice of the forfeiture and of its intent to dispose of the firearms, as required by law:

    a.    CBC, model 817, .17 caliber rifle; and

    b.    Remington Arms, model 770, .308 caliber rifle.

The Court finds that, pursuant to 21 U.S.C. § 853(n)(1), the United States is required to publish notice of the forfeiture to afford those persons with a legal interest in the firearms the opportunity to file a petition or claim an interest in these assets.

Accordingly, it is hereby **ORDERED** that the motion (Doc. 46) of the United States is GRANTED. The Final Judgment of Forfeiture is **VACATED** solely as to the firearms described above. The United States shall publish notice of the forfeiture and of its intent to dispose of the firearms on the official government website, www.forfeiture.gov.

In all other respects the Final Judgment of Forfeiture (Doc. 45) remains in full force and effect.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of August, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2014\14-cr-513 vacate order 46.docx